MECHELLE MEDCALF *v.* WASHINGTON HEIGHTS CONDOMINIUM ASSOCIATION, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 57 Conn. App. 12 (AC 18185), is denied.

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

*Tad J. Bistor* and *J. Michael Cantore, Jr.*, in support of the petition.

*David J. Scully*, in opposition.

Decided June 29, 2000